# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1383
_____

JEARICK MACK JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


January 14, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Jearick Mack Jr, pro se, Appellant.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.